# UNITED STATES DISTRICT COURT

# DISTRICT OF KANSAS

| | |
|---|---|
| **MONICA ROSEBOROUGH**, individually and on behalf of all similarly situated individuals,<br><br>    Plaintiff,<br><br>    v.<br><br>**ALL SAINTS HOME CARE, INC.**, **ALL SAINTS HEALTH CARE, LLC,** and **ALL SAINTS HEALTH HOLDINGS, LLC**,<br><br>    Defendants. | Case No. 2:18-cv-02122-KHV-ADM<br><br>Judge: Kathryn H. Vratil<br><br>Magistrate Judge: Angel Mitchell |

## ORDER

This matter came before the Court on Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Litigation Expenses and For Entry of Final Order and Judgment (Doc. 73) and Joint Motion for Stay of All Deadlines and the Pretrial Conference and Motion for Approval of Settlement Agreement of FLSA Claims and Supporting Memorandum (Doc. 70).

The Court, having considered Plaintiffs' Motion, concludes that good cause exists to approve the settlement, approve the award of Plaintiffs' counsel's fees and expenses, and dismiss the case.

Accordingly, it is ORDERED that:

1. Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Litigation Expenses and For Entry of Final Order and Judgment (Doc. 73) filed February 19, 2020 is **sustained**.

2. The settlement, as set out in the Parties' Settlement Agreement (Doc. 70-1), is approved as fair, reasonable, and adequate.

3. The case is finally certified as a collective action, for settlement purposes only, pursuant to 29 U.S.C. § 216(b).

4. The total settlement amount of $115,000 is approved, which will be used to pay:

    a. The overtime claims of Plaintiff and the Opt-In Plaintiffs, as set out in Exhibit B to the Motion for Approval of Settlement (Doc. 70-2);

    b. Plaintiff Roseborough's service award in the amount of $1,000;

    c. Attorneys' fees and expenses in the amount of $38,333.33.

5. Monica Roseborough is appointed Named Plaintiff of the Settlement Class.

6. DiCello Levitt Gutzler LLC is appointed Class Counsel for the Settlement Class.

7. The Notice of Settlement (Doc. 70-3) is approved, and Class Counsel is ordered to disseminate it within ten (10) days of this Order.

8. Any Opt-In Plaintiff who no longer wishes to be a part of the case and partake in the settlement, must return a "Withdrawal of Consent to Join" form (Doc. 70-4) within twenty-one (21) days of the mailing of the Notice of Settlement ("Opt Out Period").

9. Within ten (10) days after the close of the Opt-Out Period, Defendant All Saints shall issue checks to Plaintiff, and the Opt-In Plaintiffs who did not return a Withdrawal of Consent to Join form, and to Class Counsel, and shall transmit those checks to Class Counsel, who is ordered to distribute the checks to Plaintiff and the Opt-In Plaintiffs as appropriate under the settlement.

10. The case is **dismissed without prejudice**, each party to bear its own fees and costs except as described herein, to convert to a with prejudice dismissal ninety (90) days after the date of this Order.

SO ORDERED, this 10th day of March, 2020.

                                                  s/ Kathryn H. Vratil
                                                  The Honorable Kathryn H. Vratil
                                                  United States District Judge